**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | | |
|---|---|---|
| RICHARD M. FLEMING, | ) | |
| Petitioner, | ) | 3:11-cv-00848-RCJ-VPC |
| | ) | |
| vs. | ) | **ORDER** |
| | ) | |
| MICHELLE WOLFE, | ) | |
| Respondent. | ) | |

This is a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241 in which petitioner is proceeding *pro se*. Petitioner challenges his federal criminal conviction in the United States District Court for the District of Nebraska, Lincoln Division, with Judge Richard G. Kofp, presiding.

If the petitioner files a petition in the wrong district, the district court may transfer the petition to the proper district pursuant to 28 U.S.C. § 1631, "if it is in the interest of justice." *See Miller v. Hambrick*, 905 F.2d 259, 262 (9th Cir. 1990). Here, petitioner is challenging a federal conviction from the District of Nebraska. The United States District Court for the District of Nebraska has proper jurisdiction over this petition.

**IT IS THEREFORE ORDERED** that this action is **TRANSFERRED** to the United States District Court for the District of Nebraska, Lincoln Division. The clerk of court shall transmit this order and this entire action to the United States District Court for the District of Nebraska, Lincoln Division, forthwith.

Dated this ___23rd___ day of February, 2012.

_____
UNITED STATES DISTRICT JUDGE