IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **RICHARD M. FLEMING,** | ) | **CASE NO. 4:12CV3036** |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | **MEMORANDUM** |
| | ) | **AND ORDER** |
| **MICHELLE WOLFE,** | ) | |
| | ) | |
| Respondent. | ) | |

This matter is before the court on its own motion. The court has examined the record in this matter, including the Petition. (Filing No. 1.) The court finds that this matter and Case No. 4:10CV3217 "involve some or all of the same issues of fact" or "arise out of the same transaction." NEGenR 1.4(a)(4)(C)(iii). Case No. 4:10CV3217 is assigned to United States District Judge Richard Kopf and was filed prior to this matter.

IT IS THEREFORE ORDERED that:

1. The Clerk of the court is directed to reassign this matter from United States District Judge Warren Urbom to United States District Judge Richard Kopf. This matter remains assigned to the pro se docket; and

2. The Clerk of the court is directed to indicate on each docket sheet that case numbers 4:10CV3217 and 4:12CV3036 are related.

DATED this 26th day of April, 2012.

BY THE COURT:

s/Laurie Smith Camp
Chief United States District Judge

---

*This opinion may contain hyperlinks to other documents or Web sites. The U.S. District Court for the District of Nebraska does not endorse, recommend, approve, or guarantee any third parties or the services or products they provide on their Web sites. Likewise, the court has no agreements with any of these third parties or their Web sites. The court accepts no responsibility for the availability or functionality of any hyperlink. Thus, the fact that a hyperlink ceases to work or directs the user to some other site does not affect the opinion of the court.